# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136564

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re JOHN F. ERVIN TESTAMENTARY TRUST
_____

JANE PEARSON EVANS, a/k/a MARY JANE
PEARSON EVANS,
      Petitioner-Appellant,

v

BANK ONE TRUST COMPANY, NA,
      Respondent-Appellee,
and

ERVIN INDUSTRIES, JOHN PEARSON,
NANCY P. RODOLPH, and ANN E.
JORGENSON,
      Appellees.

SC: 136564
COA: 270498
Washtenaw Probate Ct:
      61-447121-TT

_____/

     On order of the Court, the application for leave to appeal the February 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

0915

               Clerk